O. B. MOTHERSEAD, Bank Commissioner of the State of Oklahoma, Appellant, v. AMERICAN SURETY COMPANY OF NEW YORK, a Corporation, Appellee.

Circuit Court of Appeals, Eighth Circuit.
October 28, 1927.

No. 7399.

Appeal from the District Court of the United States for the Western District of Oklahoma; John H. Cotteral, Judge.

M. W. McKenzie and Gentry Lee, both of Oklahoma City, Okl., for appellant.

John Tomerlin, of Oklahoma City, Okl. (Stephen Chandler, of Oklahoma City, Okl., on the brief), for appellee.

Before BOOTH, Circuit Judge, and TRIEBER [1] and PHILLIPS, District Judges.

PHILLIPS, District Judge. In the case of Mothersead v. United States F. & G. Co. (No. 7400, opinion filed October 28, 1927) 22 F.(2d) 644, all of the questions presented on this appeal, on a state of facts substantially the same as the facts in this case, were considered by this court, and determined adversely to the contentions of the appellant here.

On the authority of that case the decree appealed from is affirmed.